DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

STATE OF FLORIDA,

Petitioner,

v.

ALEXANDER PERDOMO,

Respondent.

No. 2D2024-0857

_____

May 16, 2025

Petition for Writ of Certiorari to the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

James Uthmeier, Attorney General, Tallahassee, and Allison C. Heim, Assistant Attorney General, Tampa, for Petitioner.

Ron M. Kleiner of Law Offices of Ron M. Kleiner, Miami, for Respondent.

PER CURIAM.

For the reasons expressed in *State v. Korson,* 50 Fla. L. Weekly D689, D689 (Fla. 2d DCA Mar. 26, 2025), the State's petition for writ of certiorari is dismissed for lack of jurisdiction. Although the State cannot be afforded relief in this proceeding, given the frequency with which the issue presented by the State appears to be arising we believe it is necessary to reiterate that section 943.0435, Florida Statutes, is

procedural in nature. *See id.* at D690. As such, the trial court should have applied the current version of the statute when considering Alexander Perdomo's petition for removal of the requirement to register as a sexual offender. *See id.* As a result of the trial court's error, Perdomo was relieved of the registration requirement prematurely.

Dismissed.

BLACK, SMITH, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.